UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JANICE JACOBSEN,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>FARMERS INSURANCE EXCHANGE, an entity licensed to do business in the State of Nevada; 21ST CENTURY CENTENNIAL INSURANCE COMPANY, a foreign entity doing business in the state of Nevada; DOE INDIVIDUALS 1 through 10; XYZ CORPORATIONS 11 through 20; ABC LIMITED LIABILITY COMPANIES 21 through, 30 inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-01000-MMD-NJK<br><br>ORDER |

This case comes before this Court through Defendants Farmers Insurance Exchange and 21st Century Centennial Insurance Company's petition for removal (ECF No. 1.) On April 20, 2017, the Court ordered Defendants to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. (ECF No. 6.) Defendants responded on May 5, 2017. (ECF No. 13.) In their response, Defendants met their burden to demonstrate that the amount-in-controversy exceeds $75,000. Accordingly, the Court is now assured of its jurisdiction to preside over this case.

DATED THIS 30th day of May 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE