# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANICE JACOBSEN,<br><br>    Plaintiff(s),<br><br>v.<br><br>21ST CENTURY CENTENNIAL INSURANCE COMPANY,<br><br>    Defendant(s). | Case No.: 2:17-cv-01000-MMD-NJK<br><br>**Order**<br><br>[Docket Nos. 53, 55] |

Pending before the Court are motions to withdraw attorneys Jennifer Peterson and William Killip, and to replace them with attorneys Rachel Solow and Christian Morris. Docket Nos. 53, 55. Defendant filed a limited opposition to the extent this substitution may cause delay. Docket No. 57. Because the request to change attorneys did not include therein a request to extend trial or any other deadlines, the filing of those requests constitutes an express acceptance of all current dates. *See* Local Rule IA 11-6(c). Accordingly, the Court does not find grounds to deny the requests and they are hereby GRANTED.

IT IS SO ORDERED.

Dated: February 27, 2019

                                         _____
                                         Nancy J. Koppe
                                         United States Magistrate Judge

1