# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JANICE JACOBSEN, individually, | Case No.: 2:17-cv-01000-MMD-NJK |
| Plaintiff, | |
| vs. | |
| 21ST CENTURY CENTENNIAL INSURANCE COMPANY, a foreign entity doing business in the State of Nevada; DOE INDIVIDUALS 1 through 10; XYZ CORPORATIONS 11 through 20; ABC LIMITED LIABILITY COMPANIES 21 through, 30 inclusive, | **ORDER RE:** Stipulation for Dismissal with Prejudice |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, Janice Jacobsen, by and through her counsel of record, Brian Nettles, Esq., Christian M. Morris, Esq. and Rachel Solow, Esq. of the Nettles Morris Law Firm, and Defendant 21st Century Centennial Insurance Company, by and through its counsel of record, David J. Feldman, Esq. of the law firm of Feldman Graf, P.C., that Case No. 2:17-cv-01000-MMD-NJK, entitled *Janice Jacobsen vs.*

. . .
. . .
. . .
. . .
. . .
. . .

1

...

*21st Century Centennial Insurance Company*, is hereby dismissed with prejudice and that all parties agree to bear their own attorneys' fees and costs and any interest.

**IT IS SO STIPULATED.**

Dated: 7/10/19                               Dated: 7/22/2019

_____                   /s/ David J. Feldman
BRIAN D. NETTLES, ESQ.                       David J. Feldman, Esq.
Nevada Bar No. 7462                          Nevada Bar No. 5947
CHRISTIAN M. MORRIS, ESQ.                    FELDMAN GRAF, P.C.
Nevada Bar No. 11218                         8831 West Sahara Ave.
RACHEL N. SOLOW, ESQ,                        Las Vegas, Nevada 89117
Nevada Bar No. 9694                          Telephone: (702) 949-5096
NETTLES MORRIS                               dfeldman@feldmangraf.com
1389 Galleria Drive, Suite 200               *Attorneys for Defendant*
Henderson, Nevada 89014                      *21st Century Centennial Insurance Company*
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettlesmorris.com
christian@nettlesmorris.com
rachel@nettlesmorris.com
*Attorneys for Plaintiff*


**IT IS SO ORDERED.**

_____
United States District Court Judge

DATED: 7/24/2019